Cases Dismissed Without Opinion.

Kirkland Lumber Company, Appellant, v. Spring Garden Insurance Company, Appellee.

Appeal from Circuit Court for Hillsborough County.

J. W. Frazier, for Appellant.

J. T. McCollum, for Appellee.

Appeal dismissed on motion of counsel for Appellee.

———

M. C. Davis, as Chairman Board County Commissioners, Plaintiff in Error, v. J. M. Scales, Defendant in Error.

Writ of Error to a judgment of the Circuit Court for Manatee County.

Curry & Crichlow, for Plaintiff in Error.

C. C. Whitaker, for Defendant in Error.

Writ of Error dismissed on motion of counsel for Defendant in Error.

———

State of Florida, *ex rel.*, Thomas Taylor, Petitioner, v Stanley Kitching, Respondent.—Original Proceedings for Quo Warranto.

Currier & Carmichael, for Petitioner.

Petition denied October 24th, 1911.